**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA : No. 68 MM 2022
:
:
v. :
:
:
TROY MARCUS ALLEN :
:
:
PETITION OF: AARON N. HOLT, ESQUIRE :


## **ORDER**


**PER CURIAM**

    **AND NOW**, this 4th day of November, 2022, in consideration of the Motion to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Dauphin County for that court to determine whether to grant Attorney Aaron N. Holt leave to withdraw. *See* Pa.R.Crim.P. 120(B)(1), Comment (indicating that counsel for a criminal defendant may not withdraw absent leave of court; further providing that the court should consider several factors in adjudicating a withdrawal petition, including whether counsel and the defendant had a contractual agreement that representation would cease at a certain stage).

    In the event the Court of Common Pleas of Dauphin County permits Attorney Holt to withdraw, the court is to resolve any other related questions, including whether to appoint counsel to represent Troy Marcus Allen on allocatur review. *See* Pa.R.Crim.P. 122 (regarding the appointment of counsel to indigent defendants in criminal matters; further specifying that the appointment of counsel continues through allocatur review).

The Court of Common Pleas of Dauphin County is DIRECTED to enter its order on remand within 90 days and to inform this Court promptly of its determination.